IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SCOTTY BROOKS
ADC #095450                                                                                                PLAINTIFF

V.                                       3:05CV00252 JLH/JTR

LARRY MILLS,
Sheriff of Poinsett County, et al.                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, pursuant to the doctrine of *res judicata* and Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 17th day of March, 2006.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE